# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

KEVIN MOBLEY,

        Petitioner

        v.

COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY,

        Respondent

: No. 64 EM 2020
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of November, 2020, the Application for Leave to File Original Process is GRANTED, and the "Amended Motion for Writ of Mandamus" is DENIED.